

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Larry C. Hilbig, Appellant

No. 06-19-00047-CV        v.

James W. Volberding, Receiver, for Lisa
Freeman and Estate of J.E. Freeman,
Appellee

Appeal from the 76th District Court of Titus
County, Texas (Tr. Ct. No. 40524).
Memorandum Opinion delivered by Justice
Stevens, Chief Justice Morriss and Justice
Burgess participating.

As stated in the Court's opinion of this date, we find that the joint motion of the parties to dismiss the appeal by agreement should be granted. Therefore, we dismiss the appeal.

We further order that each party shall bear its own costs of appeal.

RENDERED FEBRUARY 19, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk